# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DARIEL ALEXIS,**
Appellant,

v.

**STATE OF FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION,**
Appellee.

No. 4D2025-1263

[March 5, 2026]

Appeal from the State of Florida, Florida Real Estate Commission; L.T. Case No. 2024-026828; Lie. No. BK 3410803.

Dariel Alexis, Boynton Beach, pro se.

Brooke Elizabeth Adams, Chief Appellate Counsel, Department of Business & Professional Regulation, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***